IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                       CRIMINAL NO. 4:15CR00050-SA-JMV

MICHAEL ALLEN TARVER

**ORDER**

Before the Court is Defendant, Michael Allen Tarver's Motion for Early Production of *Jencks* Act Material. Consistent with the Court's ruling from the bench during a telephonic hearing on the motion held today, it is

**ORDERED:**

1. That the motion is granted in part and denied in part. The Government shall produce any *Jencks* Act material six (6) days in advance of the trial of this matter. Defense counsel may disclose this information only to her legal assistant prior to trial and may not disclose any information to the defendant related to witness statements prior to the witness's testimony during the trial.

2. That to the extent the motion sought non-*Jencks* material, the Court finds:

a. The minutes of Boyle-Skene Water Association ("BSWA") have already been produced.

b. All information regarding communications between BSWA and any governmental entities regarding the defendant in relation to GPS tracking have been produced, but counsel for the Government will confirm such.

c. Information regarding police reports is no longer in dispute.

d. With respect to "chain of custody" information, counsel for the Government will confirm that BSWA removed the water pipes and stored them at BSWA where defense counsel inspected them.

3. All other relief sought by way of the motion is denied.

**SO ORDERED** this 15th day of October, 2015.

                **/s/ Jane M. Virden**
                **U. S. MAGISTRATE JUDGE**