```
                                        Date   2/04/15  Pag_  7 of 9
                                        Account Number
                                        Enclosures                11
```

```
BETTER THAN FREE CHECKING              5070891   (Continued)

---- Checks and withdrawals ----
Date      Description                              Amount
          1/31   1:10
 2/02     WD CHK SV                                  1.50
          LAS VEGAS NV
          2/01  23:08
 2/02     3799 LAS VEGAS BLV                       405.99
          LAS VEGAS NV
          1/31   1:10
 2/02     2000 LAS VEGAS BLV                       504.25
          LAS VEGAS NV
          2/01  23:08
 2/03     WALGREENS 1101 LAS VEG                    41.96
          LAS VEGAS NV
          2/03      35
 2/04     COMMUNITY    DELTA STATE UNIV             33.33
          1646026565          02/04/15
          ID #-
          TRACE #-084201295029526

---- Checks in Serial Number Order ----
Date     Check No.        Amount      Date    Check No.         Amount
 1/09      2900           536.18      1/21      3010             35.00
 1/27      2913*        5,000.00      1/22      3011             60.00
 1/30      2914           602.73      1/15      3014*        31,928.23
 1/20      3008*          266.17      2/03      3016*            30.00
 1/16      3009           160.00      1/15      3017          2,061.76
*Indicates Skip in Check Number

---- Daily Balance Information ----
Date        Balance     Date       Balance      Date        Balance
 1/07     22,244.29     1/16     15,868.95      1/28      2,347.26
 1/08     21,756.98     1/20     14,647.15      1/30      1,680.03
 1/09     20,814.80     1/21     14,415.49      2/02      5,718.83
 1/12     18,807.76     1/22     14,217.40      2/03      6,090.87
 1/13     18,608.41     1/23     14,164.34      2/04      6,058.08
 1/14     50,203.66     1/26      7,424.27
 1/15     16,138.72     1/27      2,440.64
```



EXHIBIT A

**Hertz** Rental Record# 115940064

MIKE TARVER
Vehicle: 2014 SORENTO
Lot: R  Space: 457
License: UT D321GA

| | | |
|---|---|---|
| 1 @ $ 159.99 per wk | T $ | 159.99 |
| 1 @ $ 25.99 ex day | T $ | 25.99 |

*Includes Unlimited Miles
**Additional Products**
Loss Dmg Wvr  Accepted @ $ 25.70 per day  $ 205.60
**Fuel Purchase Option Accepted**  $ 36.52
You pre-purchased a full tank and may return at any fuel level.  (FULL 8/8)
Refund for returning full.
**Service Charges/Taxes**
CONCESSION FEE RECOVERY  10.00%  T $ 22.25
FACILITY FEE  30.00
VEHICLE LICENSE COST RECOVERY  $ 24.64
Tax  20.100%  On Est. Taxable Ttl $  208.23  $ 41.85
ADJUSTMENTS

**TOTAL ESTIMATED CHARGE**  $ 546.84

*Handwritten note: Car Rental In Las Vegas 1/29/15 - 2/5/25*

Credit Card Authorization Amount $ 747.00
Rented by The Hertz Corporation
Vehicle: 02193 / 8941965  LocNum: NVLAS11 / 0117011
Miles Out:  41706  Plan:  CNVW  Class: Q4
Rental Location:  LAS VEGAS-MCCARRAN AP
Rental Time:  01/29/15 at 8:59 AM
Return Location:  LAS VEGAS-MCCARRAN AP
Return Time:  02/05/15 at 8:00 PM

Rental Extensions/Changes 1-800-654-4174
Emergency Road Service 1-800-654-5060

For Explanation of Charges: WWW.HERTZ.COM/CHARGEEXPLAINED
This estimate assumes you will rent and return at the locations and times indicated, and that you will not exceed any mileage limitations. Rental Rate subject to increase if You return Car more than 24 hours before or 24 hours after scheduled Return Time. Late returns beyond 30 minute grace period may be subject to extra hour and/or extra day charges. Charges indicated as "**" will be calculated at return.
Taxable charges are preceded by a "T".  PG 1 OF 5 #01 RT
115940064

# INTERSTATE METAL WORKS

718 SANDPIT RD.
SHAW, MISSISSIPPI 38773
(662) 754-9111

Nº T 0953

**CUSTOMER ORDER NO.**

NAME: Mike Tarver

ADDRESS: 1329 Memorial Drive
Cleveland, Ms. 38732

DATE: 2/3/15

PHONE NUMBER: ( )

NET 30 DAYS

| SOLD BY | CASH | C.O.D. | CHARGE ✓ | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | 2002 Chevy Duramax 2500 HD | | |
| | Drain antifreeze & save | | |
| | Remove serpintive belt | | |
| | Remove AC compressor | | |
| | bolts to access thermostat | | |
| | housing & replace two | | |
| | thermostat's, Remove & | | |
| | replace top turbo cooling | | |
| | line w/(2) new clamps. | | |
| | Parts charged to Mike @ | | |
| | Shaw Auto | | |
| | Labor | $ 220.00 | |
| | | TAX $ 15.40 | |
| | | TOTAL $ 235.40 | |

All claims and returned goods must be accompanied by this bill.

Received by

**THANK YOU**

MIKES TRUCK WAS IN
Mechanics Shop 2/3/15



# DISCOVER

**Discover® Open Road® Card**
Account number ending in 7297
Open Date: Jan 11, 2015 - Close Date: Feb 10, 2015
Page 3 of 4

## CONTACT US

| | | | | |
|---|---|---|---|---|
|  **Web** Access your account securely at Discover.com |  **Mobile** Manage your account anytime, anywhere at m.Discover.com |  **Phone** 1-800-DISCOVER (1-800-347-2683) TDD 1-800-347-7449 |  **Inquiry** Discover PO Box 30943 Salt Lake City UT 84130 |  **Mail Payments** Discover PO Box 6103 Carol Stream IL 60197-6103 |

## Transactions

| | Trans. Date | Post Date | Description | | Amount |
|---|---|---|---|---|---|
| **Payments and Credits** | Jan 25 | Jan 25 | PAYMENT - THANK YOU | $ | -3,059.33 |
| **Merchandise** | Jan 30 | Jan 30 | MGM FF LAS VEGAS NV | $ | 378.35 |
| | Feb 2 | Feb 2 | TOY ZONE LAS VEGAS NV | | 59.43 |
| | Feb 2 | Feb 2 | MAGNET MAX - EXCALIBUR LAS VEGAS NV | | 10.53 |
| | Feb 3 | Feb 3 | HOOVER DAM STORE BOULDER CITY NV | | 72.36 |
| | Feb 5 | Feb 5 | 25 PARADISO LAS VEGAS NV REG 01, TRANS 6016 | | 53.94 |
| | Feb 5 | Feb 5 | HUDSON NEWS LAS VEGAS NV 00597R | | 27.02 |
| **Restaurants** | Jan 25 | Jan 25 | PAPA ROCS CLEVELAND MS | $ | 55.24 |
| | Jan 28 | Jan 28 | PAPPAS SEAFOOD HOUSE #01 HOUSTON TX | | 101.51 |
| | Jan 29 | Jan 29 | RFC MGM GRAND REST LAS VEGAS NV 02985R | | 76.83 |
| | Jan 31 | Jan 31 | BEACH CAFE LAS VEGAS NV 03122R | | 57.56 |
| | Feb 1 | Feb 1 | STRATOSPHR TOP WRLD REST LAS VEGAS NV | | 185.00 |
| | Feb 3 | Feb 3 | HARLEY DAVIDSON CAFE LAS VEGAS NV | | 53.46 |
| | Feb 6 | Feb 6 | WOLFGANG PUCK BAR & GRIL LAS VEGAS NV | | 126.47 |
| | Feb 6 | Feb 6 | SPIRIT AIRLINES ONBOARD IRVING TX | | 100.00 |
| | Feb 7 | Feb 7 | LITTLE PAPPAS SEAFOOD #1 HOUSTON TX | | 91.37 |
| | Feb 7 | Feb 7 | EL SOMBRERO OF BYRAM BYRAM MS | | 45.39 |
| **Travel/Entertainment** | Jan 22 | Jan 22 | SPIRIT AIRLINES MIRAMAR FL | $ | 699.36 |
| | Jan 28 | Jan 28 | SPIRIT AIRLINES MIRAMAR FL | | 188.00 |
| | Jan 29 | Jan 29 | LA QUINTA INNS 0178 HOUSTON TX 02897R | | 134.58 |
| | Jan 30 | Jan 30 | MGM PUB 1842 LAS VEGAS NV | | 45.84 |
| | Feb 2 | Feb 2 | FREMONT TONY ROMAS LAS VEGAS NV | | 55.40 |
| | Feb 5 | Feb 5 | HERTZ CAR RENTAL LAS VEGAS NV | | 546.84 |
| | Feb 6 | Feb 6 | LA QUINTA INNS 0178 HOUSTON TX 00563R | | 122.84 |
| | Feb 6 | Feb 6 | LA QUINTA INNS 0178 HOUSTON TX 00671R | | 7.86 |
| | Feb 9 | Feb 9 | HAMPTON INN JENNINGS JENNINGS LA | | 137.77 |
| **Services** | Feb 1 | Feb 1 | CASHMAN PHOTO ENTERPRIS LAS VEGAS NV | $ | 45.00 |
| | Feb 1 | Feb 1 | FREMONT STREET EXPERIENC LAS VEGAS NV | | 10.00 |
| | Feb 6 | Feb 6 | WEST COAST FRAN EXPO 2018811648 NJ | | 10.00 |
| | Feb 6 | Feb 6 | WEST COAST FRAN EXPO 2018811648 NJ | | 10.00 |
| **Cash Advances** | Jan 31 | Jan 31 | GCA*TROPICANA RESORT CAS LAS VEGAS NV | $ | 1,066.99 |
| **Warehouse Clubs** | Feb 3 | Feb 3 | SAMS CLUB - #8177 LAS VEGAS NV | $ | 80.36 |

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**