# INTERSTATE METAL WORKS
718 SANDPIT RD.
SHAW, MISSISSIPPI 38773
(662) 754-9111

N° T 0953

**CUSTOMER ORDER NO.**

**DATE** 2/3/15

**NAME** Mike Tarver

**ADDRESS** 1329 Memorial Drive
Cleveland, Ms. 38732

**PHONE NUMBER** ( )

NET 30 DAYS

| SOLD BY | CASH | C.O.D. | CHARGE ✓ | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | 2002 Chevy Duramax 2500 HD | | |
| | Drain antifreeze & save | | |
| | Remove serpintine belt | | |
| | Remove A.C. compressor | | |
| | bolts to access thermostat | | |
| | housing & replace two | | |
| | thermostat's, Remove & | | |
| | replace top turbo cooling | | |
| | line w/new clamps. | | |
| | Parts charged to Mike @ | | |
| | Shaw Auto | | |
| | Labor | $ | 220.00 |
| | | TAX $ | 15.40 |
| | | TOTAL $ | 235.40 |

All claims and returned goods must be accompanied by this bill.

Received by

**THANK YOU**

MIKES TRUCK WAS IN
Mechanics Shop 2/3/15



EXHIBIT B

PENGAD 800-631-6989