On January 19, 2015, I Jackie Mims and my son John Michael Mims came out of Wal-Mart in Cleveland, MS. at 4:15 p.m. Upon leaving we saw my father-in-law Mike Tawer and Cindy setting in the parking lot. We turned around and came back to them after Cindy called me. They were eating a pizza they picked up at Pizza Hut and offered us some pizza. We stayed there approximately twenty minutes. We talked and ate pizza. We then left heading home. Mike and Cindy left right behind us.

Jackie Mims
Jackie Mims
11-28-15

EXHIBIT D