```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF MISSISSIPPI


United States of America,   )
Plaintiff,                  )
                            )
VS.                         )   Cause No. 4:15cr50
                            )
Michael Allen Tarver,       )   Greenville, Mississippi
Defendant.                  )   May 5, 2015
                            )
                            )

              Arraingment/Detention Hearing
           Before the Honorable Jane M. Virden
                     Magistrate Judge
                  Greenville, Mississippi



APPEARANCES LISTED ON FOLLOWING PAGE




REPORTED BY:  Susan L. Alford, RPR, CSR #1229
```

EXHIBIT E

```
 1                        APPEARANCES

 2   For the Plaintiff:
     Robert Mims, Esq.
 3   U.S. ATTORNEY'S OFFICE
     900 Jefferson Avenue
 4   Oxford, MS 38655-3608
     (662) 234-3351
 5   Email: Robert.Mims@usdoj.gov

 6   For the Defendants:

 7   Cynthia A. Stewart, Esq.
     CYNTHIA A. STEWART, ATTORNEY
 8   2088 Main Street
     Suite A
 9   Madison, MS 39110
     (601) 856-0515
10   Email: Cstewart@mississippitrial.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                     INDE .
     Arraignment, Page 3
2
     Detention Hearing, Pages 3-158
3
     WITNESSES FOR THE GOVERNMENT
4                         Direct          Cross       Redirect
     Cora Lee Saxon       8               37          54
5    Jerris Davis         56              64
     Thomas Worbington    75              88
6    Benjamin McIntyre    91              117

7    WITNESSES FOR THE DEFENSE
                          Direct          Cross       Redirect
8    Joe Tarver           123             128
     Cynthia Tarver       130             131
9    Ricky Stanford       140
     Michael Tarver       143
10
     Ruling of the Court, Page 154
11
     E HIBITS             Page Number
12   G1                   15
     G2                   28
13   G3, 4                33
     G5                   103
14   G6                   107
     G7                   114
15   D1                   126
     G8                   134
16
     Court Reporter's Certificate, 160

```
 1      A.   We had a couple of instances after we repaired
 2 lines that we put up a trail cam to see who comes back
 3 and checks out the repair job.  Mike's truck has been on
 4 those bridges after the lines have been repaired.
 5      Q.   When you say Mike's truck, are you talking
 6 about Mr. Tarver?
 7      A.   Yes.
 8      Q.   How do you know it's his truck?
 9      A.   His truck is very different.  He has a black
10 Chevy emblem on the front of it instead of a gold one
11 like normal ones have.  His passenger side headlight is
12 dimmer.  His passenger taillight is dimmer.
13      Q.   As far as pictures, we don't have pictures at
14 night showing those, do we?
15      A.   No, sir, we have pictures of his actual truck
16 during the day.
17      Q.   In the vicinity of the where the lines have
18 been repaired?
19      A.   Right.
20      Q.   Do you know where Mr. Tarver lives?
21      A.   Yes, I do.
22      Q.   It's in the Shaw community, right?
23      A.   Right.
24      Q.   Outside of Cleveland?
25      A.   Right.
```

```
 1                    C E R T I F I C A T E
 2
 3      "I, Susan L. Alford, Official Court Reporter for
 4  the United States District Court, Northern Division,
 5  Greenville, Mississippi, certify that the foregoing is a
 6  correct transcript to the best of my ability from the
 7  record of the proceedings in the above-entitled matter."
 8
 9
10
11  \s\ Susan L. Alford                    October 6, 2015
12  Signature of Court Reporter            Date
13
14
15
16
17
18
19
20
21
22
23
24
25
```