# CYNTHIA A. STEWART
### ATTORNEY, P.A.

118 Homestead Drive, Suite C
Madison, Mississippi 39110
(601) 856-0515
Fax (601) 856-0514

November 24, 2015

Ms. Lee Saxon
c/o Boyle Skene Water Corporation
803 North Chrisman Ave
Cleveland, MS 38732

      Re:    *United States vs. Michael Allen Tarver: In the united States District Court, Northern District of Mississippi; Cause No. 4:15cr50-SA-JMV*

Dear Ms. Saxon:

      It has come to my attention that Boyle-Skene Water Corporation is listed as a Non-profit Corporation with the Mississippi Secretary of State. As you know, Tax-exempt organizations' records are open for public inspection; therefore, 501(c)(3) organizations must adhere to diligent record-keeping practices. Any written request for records should be provided within 30 days following such request.

      Please provide me with all documents Boyle-Skene is required to make available for further inspection.

      An organization exempt under §501©(3) must make available for public inspection and copying any **Form-990-T**, *Exempt Organization Business Income Tax Return*, filed after August 17, 2006. Returns must be available for a three year period beginning with the due date of the return (including any extension of time for filing). For this purpose, the return includes any schedules, attachments, or supporting documents that relate to the imposition of tax on the unrelated business income of the charity.

      If there is a cost for copying of the information requested, please forward an invoice to this office.

      If you have any questions or require additional information, please do not hesitate to contact me.

                                      Sincerely,

                                      Cynthia A. Stewart

CAS/cdp


"A"