ISSUED IN BLANK

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

## UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Allen Tarver | ) | Case No. 4:15cr50 |
| Defendant | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Protech, LLC
Attn: Tony Jones
109 S. Davis Avenue, Ste B2
Cleveland, MS 38732

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Thomas Abernathy Fed. Bldg. 301. W. Commerce St. Aberdeen, MS 39730 | Courtroom No.: 1 |
|---|---|
| | Date and Time: January 19, 2016 @ 9:40 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable): NO APPEARANCE NECESSARY IF THE FOLLOWING COMPLIED WITH. PLEASE SEE ATTACHED EXIBIT "A". DOCUMENTS TO BE PRODUCED ON or BEFORE JANUARY 13, 2016.

(SEAL)

Date: _____

CLERK OF COURT

_S-Adams_
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing (name of party) Michael Allen Tarver, who requests this subpoena, are:

Cynthia A. Stewart, P.A.
118 Homestead Drive, Suite C
Madison, MS 39110
601.856.0515
cstewart@mississippitrial.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CRIMINAL NO. 4:15cr50-SA-JMV**

**MICHAEL ALLEN TARVER**
**DEFENDANT**

All documents generated from 2012 to present on or before January 13, 2016. Documents to be produced include on the Boyle-Skene Water Association Computer System the following:

1. The backup tapes for Boyle-Skene Water Association, specifically the following:

    a. Any and all minutes of the Boyle-Skene Water Corporation and all documents thereto.

    b. All water testing policies and changes to same and all documents pertinent thereto.

    c. Any and all reports of breakage to any water lines and all documents pertinent thereto.

    d. Any and all notices to the public regarding boil water notices and all documents pertinent thereto.

    e. Any and all changes in policy, other than water testing policies and all documents pertinent thereto, including but not limited to changes in shut off period for non payment of bill.

    f. Any and all information regarding the EPA and all documents pertinent thereto.

g. Any and all policies related to billing and collection and all documents pertinent thereto.

h. Any and all information regarding overhead and expenditures including salaries.1

**EXHIBIT "A"**