**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

UNITED STATES OF AMERICA

VS.                                                        CRIMINAL NO. 4:15cr50-SA-JMV

MICHAEL ALLEN TARVER                                       DEFENDANT

**NOTICE OF APPEAL FROM A JUDGMENT**
**OR ORDER OF A MAGISTRATE JUDGE**

Notice is hereby given that Michael Allen Tarver, Defendant in the above styled and numbered cause, hereby appeals the Order Granting the Motion to Quash Subpoena and denying the Motion for Issuance of a Subpoena to Protech, LLC judgment in the District Court for the Northern District of Mississippi entered in this action on the 8th day of January, 2016.

This the day 12th of January, 2016.

                                                    Respectfully submitted,
                                                    Michael Allen Tarver, Defendant


                                                    /s/ Cynthia A. Stewart

                                                    CYNTHIA A. STEWART

CYNTHIA A. STEWART (MB#7894)
ATTORNEY, P.A.
118 Homestead Drive, Suite C
Madison, Mississippi 39110
Telephone (601) 856-0515
Facsimile (601) 856-0514

## **CERTIFICATE OF SERVICE**

I, Cynthia A. Stewart, do hereby certify that I have this day caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which sent a true and correct copy of the same to all counsel of record.

I, the undersigned, CYNTHIA A. STEWART, attorney for defendant, do hereby certify that I have this day mailed, by United States mail, postage prepaid, a true and correct copy of the above and foregoing to:

Mr. David Norquist, Esq.
301C West Sunflower Road
Cleveland, MS 39732

**SO CERTIFIED**, this the 12th day of January, 2016.

/s/ Cynthia A. Stewart
Cynthia A. Stewart