**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

UNITED STATES OF AMERICA

VS.                                                    CRIMINAL NO. 4:15cr50-SA-JMV

MICHAEL ALLEN TARVER                                   DEFENDANT

### MOTION FOR LEAVE TO FILE EXHIBITS TO MOTION TO QUASH OR DISMISS INDICTMENT DUE INACCURATE INFORMATION PRESENTED TO THE GRAND JURYAND THIS COURT

COMES NOW, the Defendant, Michael Allen Tarver, by and through counsel, and files this his Motion for Leave to File Exhibits to his Motion to Quash or Dismiss the Indictment Due to Inaccurate Information Presented to the Grand Jury and this Court Under Seal and in support thereof, would show the following:

1.      Defendant, Michael Allen Tarver, requests leave to file Exhibits to his Motion to Quash or Dismiss the Indictment Due to Inaccurate Information Presented to the Grand Jury and this Court which contains confidential information.

WHEREFORE, PREMISES CONSIDERED, the Defendant, Michael Allen Tarver, respectfully requests that this Court enter an order allowing the Defendant to file Exhibits to Motion to Quash or Dismiss the Indictment Due to Inaccurate Information Presented to the Grand Jury and this Court under seal.

This the day 14th of January, 2016.

                                                Respectfully submitted
                                                MICHAEL ALLEN TARVER
                                                DEFENDANT

                                                BY: /s/ Cynthia A. Stewart
                                                     Cynthia A. Stewart

## CERTIFICATE OF SERVICE

I, Cynthia A. Stewart, do hereby certify that I have this day caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which sent a true and correct copy of the same to all counsel of record.

**SO CERTIFIED**, this the 14th day of January, 2016.

/s/ Cynthia A. Stewart
Cynthia A. Stewart